**UNITED STATES of America, Appellant, v. Thomas B. OLIVER, Appellee.**

**No. 7085.**

Circuit Court of Appeals, Sixth Circuit.

Jan. 14, 1937.

William McClanahan, U. S. Atty., and C. P. J. Mooney, Sp. Asst. to U. S. Atty., both of Memphis, Tenn.

Maddox & Maddox, of Huntingdon, Tenn., for appellee.

Before HICKS and ALLEN, Circuit Judges, and RAYMOND, District Judge.

PER CURIAM.

The judgment of the District Court in this case is reversed upon the authority of

Stephens v. United States, 85 F.(2d) 570 (C.C.A.6), and United States v. Preece, 85 F.(2d) 952 (C.C.A.10), decided October 6, 1936, and the case is remanded for new trial.